UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>           Supervisee. | No. 09-cr-59 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during today's conference, IT IS HEREBY ORDERED THAT Michael W. Martin, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee in this matter.  Mr. Martin shall promptly file a notice of appearance in Case No. 09-cr-59.

SO ORDERED.

Dated:     September 8, 2022
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation