UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> WAVERLY STEPHENS, <br><br>                    Supervisee. | No. 09-cr-59 (RJS) <br> <u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, September 14, 2022 at 3:00 p.m., at which time Supervisee shall be presented on the specifications of violation of supervised release alleged in U.S. Probation's report dated August 18, 2022.  The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    September 13, 2022
            New York, New York

                                                                  RICHARD J. SULLIVAN
                                                                   UNITED STATES CIRCUIT JUDGE
                                                                   Sitting by Designation