UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WAVERLY STEPHENS,

          Supervisee.

No. 09-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the Supervisee's release conditions are modified on consent to include the following special condition: the Supervisee shall enter into a residential substance abuse treatment program approved by the United States Probation Office for a period not to exceed six months. This program may include testing to determine whether the Supervisee has reverted to the use of drugs. The Supervisee shall continue to take any prescribed medications unless otherwise instructed by his health care/treatment provider, and shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, from Probation to the substance abuse treatment provider and vice-versa. IT IS FURTHER ORDERED THAT the Supervisee shall be released into the custody of the United States Probation Office on November 3, 2022 before 11:00 a.m. for transport to the approved treatment program.

SO ORDERED.

Dated:    October 28, 2022
                New York, New York

                                          RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation