UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WAVERLY STEPHENS,

　　　　　　　Supervisee.

No. 09-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear for sentencing in connection with the Supervisee's violations of supervised release on Friday, May 19, 2023 at 11:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  IT IS FURTHER ORDERED THAT Supervisee shall file his sentencing submission by May 5, 2023, and the government shall file its sentencing submission by May 12, 2023.

SO ORDERED.

Dated:　　　December 7, 2022
　　　　　　New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation