UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

WAVERLY STEPHENS,

                Supervisee.

No. 9-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     For the reasons stated on the record during the violation of supervised release ("VOSR") presentment on February 17, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of his VOSR proceedings.

SO ORDERED.

Dated:          February 17, 2023
                New York, New York

                                                             RICHARD J. SULLIVAN
                                                             UNITED STATES CIRCUIT JUDGE
                                                             Sitting by Designation