UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WAVERLY STEPHENS,

               Supervisee.

No. 9-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties are directed to appear before the Court for a hearing on the alleged specifications of violation of supervised release on Thursday, March 9, 2023 at 10:00 a.m. in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    March 3, 2023
             New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation