UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WAVERLY STEPHENS,

                Supervisee.

No. 9-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the sentencing proceeding in this matter, which is currently scheduled for Friday, May 19, 2023 at 11:00 a.m. (Doc. No. 44), will instead take place on Monday, April 17, 2023 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Supervisee will be sentenced on all six admitted specifications during the April sentencing proceeding.

SO ORDERED.

Dated:        March 13, 2023
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation