UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>                    Supervisee. | No. 9-cr-59 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for sentencing at 10:00 a.m. on Friday, February 2, 2024, in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    January 25, 2024
               New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation