UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br>                     Supervisee. | No. 09-cr-59 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the United States Probation Office shall submit a status report by February 16, 2024, apprising the Court as to (1) whether a residential drug treatment program for Supervisee has been identified, (2) whether Supervisee has been accepted into that program, and (3) next steps to effectuate Supervisee's transportation to the treatment facility.

SO ORDERED.

Dated:     February 13, 2024
              New York, New York

                                                   RICHARD J. SULLIVAN
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation