UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>           Supervisee. | No. 09-cr-59 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT Supervisee Waverly Stephens's release conditions are modified to include the following special condition: Supervisee shall enter into a residential substance abuse treatment program at the Russell E. Blaisdell Addiction Treatment Center ("Blaisdell"), located at 140 Old Orangeburg Rd., Building 57, Orangeburg, New York 10962, for a period not to exceed six months. This program may include testing to determine whether Supervisee has reverted to the use of drugs. Supervisee shall continue to take any prescribed medications unless otherwise instructed by his health care provider or Blaisdell and shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, from Probation to Blaisdell and vice-versa. IT IS FURTHER ORDERED THAT Supervisee shall be released from the Metropolitan Detention Center directly into the custody of a representative of Blaisdell for transportation to Blaisdell on Friday, March 8, 2024. IT IS FURTHER ORDERED THAT Probation shall submit a status update to the Court by Tuesday, May 7, 2024.

SO ORDERED.

Dated:      March 7, 2024
               New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation