UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>                     Supervisee. | No. 9-cr-59 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      At the request of the United States Probation Office, IT IS HEREBY ORDERED THAT Supervisee's release from the Metropolitan Detention Center directly into the custody of a representative of the Russell E. Blaisdell Addiction Treatment Center for transportation to the treatment center, previously scheduled for March 8, 2024 (see Doc. No. 66), shall instead take place on March 12, 2024.

SO ORDERED.

Dated:      March 8, 2024
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation