UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WAVERLY STEPHENS,

                Supervisee.

No. 09-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release presentment on February 18, 2025 and upon Supervisee's consent, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of the alleged violations of supervised release. The Court recommends that Supervisee be housed at the Westchester County Department of Correction in Valhalla, NY as soon as practicable to ensure that he has access to needed mental-health treatment.

SO ORDERED.

Dated:    February 18, 2025
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation