UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>Supervisee. | No. 09-cr-59 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As requested by the parties, IT IS HEREBY ORDERED THAT the Federal Bureau of Prisons ("BOP") shall conduct a comprehensive mental health and psychiatric evaluation, with treatment recommendations, for Waverly Stephens, Reg# 61875-054, prior to his next status update to the Court on March 26, 2025.  IT IS FURTHER ORDERED THAT BOP shall forward the completed evaluations to U.S. Probation Officer Specialist Michael Nicholson via email at Michael_Nicholson@nysp.uscourt.gov.

SO ORDERED.

Dated:      March 5, 2025
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation