UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>Supervisee. | No. 09-cr-59 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

Upon the application of the United States of America, and without objection by Glen Kopp, Esq. and Maura McKeon, Esq., counsel of record for supervisee Waverly Stephens, and good cause having been demonstrated, IT IS HEREBY ORDERED THAT, pursuant to 18 U.S.C. § 3552(b), a pre-sentence study and report be conducted at a federal institution as the Federal Bureau of Prisons deems appropriate, by a qualified psychiatrist or psychologist, for the purpose of evaluating Supervisee's mental health and formulating treatment recommendations. IT IS FURTHER ORDERED THAT a report of such examination be provided to the Court by April 21, 2025. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 81.

SO ORDERED.

Dated:   March 24, 2025
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation