UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WAVERLY STEPHENS,

        Supervisee.

No. 09-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a joint status update letter from the parties (*see* Doc. No. 84) as well as the attached April 22, 2025 letter from the Bureau of Prisons ("BOP") regarding Supervisee's pre-sentence mental health evaluation. According to its letter, BOP intends to complete Supervisee's evaluation by May 31, 2025 and submit a report to the Court by June 21, 2025. IT IS HEREBY ORDERED THAT the parties shall submit a joint letter to the Court by May 6, 2025, indicating whether the parties have any objections to BOP's proposed course of action and timeline.

SO ORDERED.

Dated:    April 29, 2025
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation



# U.S. Department of Justice

Federal Bureau of Prisons

*MDC Brooklyn*

---

*80 29th Street*
*Brooklyn, New York 11232*

April 22, 2025

Honorable Judge Richard J. Sullivan
United States Circuit Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:   WAVERLY STEPHENS**
       **REGISTER NUMBER: 61875-054**
       **CRIMINAL NUMBER: 09-cr-59 (RJS)**

Dear Judge Sullivan:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 3552, dated March 24, 2025, in the case of Mr. Waverly Stephens.

Mr. Stephens was made a forensic study adult in custody to the Metropolitan Detention Center (MDC), Brooklyn on April 2, 2025. In order to provide the Court with a comprehensive and thorough report, we generally ask for 60 days from the date of arrival. Thus, the evaluation would conclude on May 31, 2025. The report will be prepared and provided to the Court within two to three weeks after the conclusion of the evaluation, by June 21, 2025.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Raul Maldonado Jr., Warden
RM/AJ/aj