UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

WAVERLY STEPHENS,

         Supervisee.

No. 09-cr-59 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached psychiatric evaluation completed by the Bureau of Prisons pursuant to the Court's March 24, 2025 order (*see* Doc. No. 82). Because the Court concludes that the presumption in favor of open records has been overcome by the need to protect Supervisee's private medical information, *see United States v. Amodeo*, 71 F.3d 1044, 1048–51 (2d Cir. 1995), IT IS HEREBY ORDERED THAT the attached psychiatric evaluation shall be filed under seal. IT IS FURTHER ORDERED THAT the parties shall submit a joint status update by June 23, 2025 proposing next steps in connection with the pending violation of supervised release in this matter.

SO ORDERED.

Dated:     June 16, 2025
         New York, New York

                                   RICHARD J. SULLIVAN
                                   UNITED STATES CIRCUIT JUDGE
                                   Sitting by Designation