UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WAVERLY STEPHENS,<br><br>                Supervisee. | No. 9-cr-59 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

      IT IS HEREBY ORDERED THAT the parties shall appear before the Court for sentencing at 10:00 a.m. on Tuesday, July 22, 2025 in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Probation shall submit its revised sentencing recommendation, if any, by Tuesday, July 1, 2025.  Supervisee shall submit his sentencing submission by Tuesday, July 8, 2025.  The government shall submit its sentencing submission by Tuesday, July 15, 2025.

SO ORDERED.

Dated:      June 24, 2025
               New York, New York

                                                                         RICHARD J. SULLIVAN
                                                                         UNITED STATES CIRCUIT JUDGE
                                                                         Sitting by Designation